IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00389-EWN-CBS

CAROL WEINGROD,

    Plaintiff,

v.

ACTION ADVENTURES, INC.,

    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    THIS MATTER comes before the court on the parties' Stipulated Motion to Extend Scheduling Order Deadlines (Docket # 16), filed on July 18, 2006. This motion was addressed during a telephone status conference on July 27, 2006. Based upon the particular facts presented in the parties' Stipulated Motion and elaborated upon during the July 27th status conference, this court finds that good cause has been established for the limited extensions of time requested. The court finds that the parties have been confronted with medical exigencies that were not contemplated at the time of the Fed.R.Civ.P. 16 scheduling conference. These complicating circumstances negatively impact the parties' ability to complete discovery within the current deadlines. The parties' Stipulated Motion proposed specific deadlines to complete outstanding discovery within the modified deadlines requested.

    With the consent of the District Court and in light of the particular circumstances of this

case, the court will extend the dispositive motion deadline from November 6, 2006 to December 21, 2006.  The court will also extend the discovery deadline from October 31, 2006 to December 15, 2006, and adopt the interim discovery deadlines proposed in the parties' Stipulated Motion.  The preliminary pretrial conference will be held on October 31, 2006, at 9:15 am, and the parties should submit a proposed Preliminary Pretrial Order five (5) days before that date.  The parties are reminded of the court's admonition during the telephone status conference on July 27th, that **no further extensions of discovery or dispositive motion deadlines will be granted by this court.**

DATED this 27th day of July, 2006

BY THE COURT

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge