IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00389–EWN–CBS

CAROL WEINGROD,

    Plaintiff,

v.

ACTION ADVENTURES, INC.,

    Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion for Administrative Closure Pursuant to D.C.Colo.LCiv 41.2 and Motion to Withdraw Unopposed Motion to Extend Scheduling Order Deadlines filed September 29, 2006" (#30, filed October 13, 2006) is GRANTED.

Dated: October 18, 2006