IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00389-EWN-CBS

CAROL WEINGROD,

    Plaintiff,
v.

ACTION ADVENTURES, INC.,

    Defendant.

**ORDER GRANTING OPPOSED MOTION FOR ADMINISTRATIVE OPENING PURSUANT TO D.C. COLO.LCiv 41.2 2006**

    THIS MATTER was administratively closed by the Court on October 18, 2006, due to the plaintiff's then-ongoing medical condition which prevented her from participating in the litigation. However, since the case was closed, plaintiff's condition has improved and stabilized and plaintiff is now capable of traveling and participating in the litigation.

    IT IS THEREFORE ORDERED that the District Judge will direct the Clerk to administratively open this action and that a Scheduling Conference will be set for the parties to schedule the remaining discovery.

    Dated this 19th day of June, 2007.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  Chief United States District Judge